UNITED STATES *v.* DEBWAY HATS, INC.

No. 4881.—Invoice dated Nassau, Bahamas, October 23, 1939.
Entered at Miami, Fla., October 26, 1939.
Entry No. M–210.

(Decided April 18, 1940)

*Webster J. Oliver*, Assistant Attorney General (*Samuel D. Spector*, special attorney), for the plaintiff.
Defendant not represented by counsel.

KINCHELOE, Judge: This appeal to reappraisement has been stipulated and submitted for decision by the parties hereto.

On the agreed facts I find the export value, as that value is defined in section 402 (d) of the Tariff Act of 1930, is the proper basis for the determination of the value of the merchandise here involved, and that such value is 3½ cents per yard, packed. Judgment will be rendered accordingly.

UNITED STATES *v.* A. C. ELGIN

No. 4882.—Invoices dated Nassau, Bahamas, November 8, 1939, etc.
Entered at Miami, Fla., November 13, 1939, etc.
Entry Nos. M–294, M–305, M–364, M–473.

(Decided April 18, 1940)

*Webster J. Oliver*, Assistant Attorney General (*Samuel D. Spector*, special attorney), for the plaintiff.
Defendant not represented by counsel.

KINCHELOE, Judge: These appeals to reappraisement have been stipulated and submitted for decision by the parties hereto.

In harmony with the stipulation I find the export value, as that value is defined in section 402 (d) of the Tariff Act of 1930, is the proper basis for the determination of the value of the merchandise here involved, and that such values are 3 cents per yard, packed. Judgment will be rendered accordingly.